IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
~~AUSTIN~~ SAN ANTONIO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   37th Judicial District Court of Bexar County
   Cause No. 2010-CI-02947
   Linda Almonte v. JP Morgan Chase Bank, N.A.

2. Was jury demand made in State Court?   Yes [X]   No [ ]

   If yes, by which party and on what date?

   Plaintiff                                                 2/22/2010
   Party Name                                                Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Linda Almonte, Plaintiff
John Loyd & Kathleen O'Connor
1300 Post Oak, #830
Houston, TX 77056
713-225-9000

JP Morgan Chase Bank, N.A.
Lawrence Smith & Adam D. Boland
Ogletree Deakins Law Firm
112 E. Pecan, Suite 2700
San Antonio, TX 78205
210-354-1300

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   **NONE**

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   **NONE**

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   **NONE**

**VERIFICATION:**

_____    6/17/10
Attorney for Removing Party              Date

~~Defendant~~
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)