```
RUN DATE: 06/14/2010 Bexar County Centralized Docket System Pg: 1   PGM: DKB4900P
RUN TIME: 15:58:26                                                  JCL: SPPROD
```

---

## * D O C K E T   I N F O R M A T I O N *

```
CAUSE NUM: 2010CI02947
DATE FILED: 02/22/2010        COURT: 037        UNPAID BALANCE:        0.00
TYPE OF DOCKET: DAMAGES
```

### * * * S T Y L E * * *

```
        LINDA ALMONTE
          VS JP MORGAN CHASE BANK NA

ACCOUNT TYPE:              ACCOUNT NO:
ACCESS: 0                  STATUS: PENDING
LIST TYPE: C
```

### * L I T I G A N T   I N F O R M A T I O N *

```
SEQ   LAST /FIRST /MIDDLE NAME          LIT. TYPE/ATTORNEY          DATE

00001 ALMONTE LINDA                     PLAINTIFF                   02/22/2010
                                          00001 LOYD, J BRUSE

00002 JP MORGAN CHASE BANK NA           DEFENDANT                   02/22/2010
```

### * S E R V I C E S   I N F O R M A T I O N *

```
SEQ   SERVICE TYPE / DATES          DIST     LITIGANT NAME

00001 CITATION                       4
        ISS: 02/23/2010  REC:        EXE:           RET:

00002 CITATION CERTIFIED MAIL        150
        ISS: 05/14/2010  REC: 05/14/2010  EXE: 05/19/2010  RET: 05/21/2010
```

### * A T T O R N E Y   I N F O R M A T I O N *

```
SEQ   DATE FILED  BAR NBR.  NAME                      STATUS         DATE

00001 02/22/2010  24009032  LOYD, J BRUSE            SELECTED       02/22/2010
```

### * P R O C E E D I N G   I N F O R M A T I O N *

```
SEQ      DATE FILED      REEL        IMAGE      PAGE COUNT

00001    02/22/2010      0000        0000        0000
         DESC: PLAINTIFF'S ORIGINAL PETITION
00002    02/22/2010      0000        0000        0000
         DESC: SERVICE ASSIGNED TO CLERK 1
00003    03/12/2010      0000        0000        0000
         DESC: LETTER TO DISTRICT CLERK
               FROM JAMES B EVERHART
00005    03/15/2010      0000        0000        0000
         DESC: LETTER TO DISTRICT CLERK
               FROM NATALIE ANDERSON
00004    03/16/2010      0000        0000        0000
         DESC: COPY
               OF PETITION MAILED TO:
```



```
RUN DATE: 06/14/2010 Bexar County Centralized Docket System Pg: 2   PGM: DKB4900P
RUN TIME: 15:58:26                                                  JCL: SPPROD
```
---
```
                    BARRON & NEWBURGER PC
                    1212 GUADALUPE #104
                    AUSTIN, TEXAS 78701-1837
00006      03/17/2010          0000      0000          0000
           DESC: COPY
                    OF PETITION MAILED TO:
                    NATALIE ANDERSON
                    UNIFUND CCR PARTNERS
                    10625 TECHWOODS CIRCLE
                    CINCINNATI, OHIO 45242
00007      03/17/2010          0000      0000          0000
           DESC: LETTER TO DISTRICT CLERK
                    FR:CRAIG THACKER/REQT CY OF PETITION
00008      03/17/2010          0000      0000          0000
           DESC: COPY
                    OF PETITION MAILED TO:
                    CRAIG THACKER
                    4265 NEVADA ROAD
                    SPRINGFIELD, IH 45503
00010      05/12/2010          0000      0000          0000
           DESC: SERVICE ASSIGNED TO CLERK 3
00013      05/12/2010          0000      0000          0000
           DESC: FIRST AMENDED ORIGINAL PETITIO
00011      05/13/2010          0000      0000          0000
           DESC: LETTER TO DISTRICT CLERK
                    FROM JOHN BRUSTER
                    RE: CHECK FOR CIT CML FOR THE AMOUNT OF
                    $68.00
00012      05/13/2010          0000      0000          0000
           DESC: SERVICE ASSIGNED TO CLERK 3
00014      06/11/2010          0000      0000          0000
           DESC: ORIGINAL ANSWER
                    AND AFFIRAMTIVE DEFENSES
```

```
                    * T R I A L    I N F O R M A T I O N *
   SEQ     DATE FILED        COURT              SETT. DATE  TIME        ATTY
```

```
                    * O R D E R    I N F O R M A T I O N *
   SEQ   DATE FILED  JUDGE NAME          VOLUME   PAGE  PAGE CNT   AMOUNT  SOF
```

```
                    * B O N D    I N F O R M A T I O N *
   SEQ     DATE FILED    PRINCIPAL
```

PRIVATE PROCESS

"The State of Texas"          NO.   2010-CI-02947

2010CI02947 -S00001

LINDA ALMONTE
Plaintiff
vs.

JP MORGAN CHASE BANK NA
Defendant
( Note: Attached Document May Contain Additional Litigants. )

**NOTICE**

**Citation** Directed to:  JP MORGAN CHASE BANK NA

IN THE DISTRICT COURT

37th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

BY SERVING ITS REGISTERED AGENT,  CT CORPORATION SYSTEM

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 22nd day of February , 2010 .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 23rd DAY OF February A.D., 2010 .
PLAINTIFF'S ORIGINAL PETITION

MARGARET G. MONTEMAYOR
District Clerk of Bexar County, Texas
Bexar County Courthouse
San Antonio, Texas  78205

J BRUSE LOYD
Attorney/PLAINTIFF
address  1330 POST OAK BLVD 2940
HOUSTON, TX 77056-3026

By: _____ Deputy
    JENNIFER CONTRERAS

---

### OFFICER'S RETURN

Came to hand _____ day of _____, A.D. _____, at _____ o'clock _____.M. and executed (not executed) the _____ day of _____, A.D. _____, in _____ at _____ o'clock _____.M. by delivering to _____ in person a true copy of this citation together with the accompanying copy of plaintiff's petition. Served at _____
Cause of failure to execute this citation _____
I traveled _____ miles in the execution of this citation. Fees: _____ Serving citation
$ _____ Mileage _____ Total $ _____
          Badge/PPS #_____
_____ County, Texas
                                                    By _____

The State of Texas

**NON - PEACE OFFICER VERIFICATION**
VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)
SWORN TO this _____ day of _____, _____

NOTARY PUBLIC, STATE OF TEXAS

FILE COPY
(DK002)





2010CI02947 -P00011

### JONES, GILLASPIA & LOYD, LLP
ATTORNEYS AT LAW
1300 POST OAK BOULEVARD, SUITE 830
HOUSTON, TEXAS 77056
(713) 225-9000 / FAX (713) 225-6126

May 12, 2010

**VIA FEDEX**

Bexar County District Clerk
Attn: Ms. Connie Gomez
Civil Filing
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

Re:    Cause No. 2010-C1 02947; Linda Almonte v. JP Morgan Chase, N.A.; In the 37th
       Judicial District Court of Bexar County, Texas

Dear Ms. Gomez:

      Please find enclosed a check in the amount of $68.00 made payable to your office
for issuance of citation and service of the above-referenced lawsuit.

      Thank you for your assistance with this matter.

Sincerely,

John Bruster "Bruse" Loyd

cc:    Ms. Linda Almonte



BY:
DEPUTY
2010 MAY 13 P 12: 22
BEXAR CO. TEXAS
DISTRICT CLERK
FILED

THU – 13 MAY A1
PRIORITY OVERNIGHT

78205
TX-US
SAT

FedEx
8694 6111 6205

AR SVZA

Exp# 075680 12MAY18  IAVA

0215

Recipient's Copy

**4a Express Package Service**    *Packages up to 150 lbs.*

☒ FedEx Priority Overnight

☐ FedEx First Overnight

☐ FedEx 2Day

☐ FedEx Express Saver

*Packages over 150 lbs.*

**4b Express Freight Service**

☐ FedEx 1Day Freight

☐ FedEx 2Day Freight

☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery    ☐ HOLD Weekday    ☐ HOLD Saturday

Does this shipment contain dangerous goods?

☒ No    ☐ Yes

☐ Cargo Aircraft Only

**7 Payment**  Bill to:

☒ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight

0406275215

---

**FedEx US Airbill**  Express

RT 801  9  B
FZ  6205
05.13

**1 From** This portion can be removed for Recipient's records.

FedEx Tracking Number  **8694 6111 6205**

Date  5-12-10

Sender's Name  Bruce Loyd

Company  JONES, GILLASPIA & LOYD

Phone  713 225-7000

Address  1100 POST OAK BLVD STE 650

City HOUSTON  State TX  ZIP 77056-6658

Your Internal Billing Reference  Linda Almonte vs. JP Morgan

**2 To**

Recipient's Name  Ms. Connie Gomez District Clerk

Phone  210 335-2113

Company  Bexar County Courthouse

Civil Filing

Address  100 Dolorosa

City  San Antonio  State TX  ZIP 78205



# Express

## The World On Time.

For FedEx Express® Shipments

Align bottom of Peel an

2010CI02947 -P00001

Filed
10 February 22 P12:13
Margaret G. Montemayo
District Clerk
Bexar District
Accepted by:
Consuelo E. Gomez



CAUSE NO. _2010Ci 02947_

| | | |
|---|---|---|
| LINDA ALMONTE, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| | § | |
| JP MORGAN CHASE BANK, N.A., | § | |
| | § | |
| *Defendant.* | § | _57th_ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Linda Almonte ("Almonte" or "Plaintiff"), complaining of JP Morgan Chase Bank, N.A. ("Chase" or "Defendant"), and would respectfully show the court as follows:

I.

### PARTIES

1. Plaintiff is an individual, a resident of Bexar County, Texas and citizen of the State of Texas.

2. Defendant JP Morgan Chase Bank, N.A. is a foreign corporation organized and existing in the state of Delaware with its principal place of business at 1111 Polaris Parkway, Columbus, Delaware County, Ohio 43240. Said Defendant may be served through its Texas Registered Agent, C T Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

## II.

### JURISDICTION, VENUE & DISCOVERY

3.      Bexar County, Texas is a proper venue pursuant to § 15.002(a)(1) of the Tex. Civ. Prac. & Rem. Code. All or a substantial part of the events giving rise to Plaintiff's claims occurred in Bexar County, Texas.

4.      Plaintiff intends to conduct discovery under Level 2 of Rule 190 of the Texas Rules of Civil Procedure, specifically Rule 190.3.

## III.

### FACTS

5.      Plaintiff was employed by Defendant in its Credit Card Services division as a Team Leader within the San Antonio, Texas Collection Litigation Support section.

6.      Plaintiff managed three (3) departments for Chase and had many responsibilities.

7.      In the Summer of 2009, one of her responsibilities became selling a portfolio of, what Chase was actively and intentionally misrepresenting to the federal government, investors, auditors and potential buyers to be, approximately twenty-three thousand (23,000) Chase consumer accounts that had become delinquent, litigated to judgment, and were now ready for collection - with a purported gross value in excess of two-hundred million dollars ($200,000,000).

8.      In reality, the portfolio was not what Chase was actively representing it to be - and Chase knew it.

9.      Of the portfolio's approximately twenty-three thousand (23,000) accounts, eleven

thousand, four hundred and seventy-two (11,472) of them were missing adequate documentation of judgment.

10.     Nearly five thousand (5,000) of the accounts originating from the states of California, Florida, Illinois, New York and New Jersey had incorrect balance information, the vast majority being lower than what Chase was representing.

11.     Preceding Chase's efforts to misrepresent the content and value of this particular debt portfolio, Chase had grossly mismanaged its business, leading it to find ways to prop up its earnings.

12.     Plaintiff had witnessed Chase's cutting corners and fudging numbers, but refused to participate in this latest effort by Chase to defraud the federal government, investors, auditors and potential buyers.

13.     Plaintiff expressed her concerns that Chase was intentionally misrepresenting the portfolio.

14.     Plaintiff warned Chase that it was violating federal and state law by attempting to defraud the federal government, investors, auditors and potential buyers.

15.     Plaintiff's manager, Jason Lazinbat ("Lazinbat"), warned her that she had better go along with the plan to sell the misrepresented asset.

16.     Lazinbat directed Plaintiff to forego the formal processes required to validate the portfolio.

17.     Plaintiff elevated her concerns to the next level of Chase management.

18.     Plaintiff made it clear to Chase management that it was violating federal, and

possibly state, law by intentionally misrepresenting material aspects of a $200,000,000 transaction.

19.    Plaintiff made it clear to Chase management that she would not participate in the fraud.

20.    Because Plaintiff refused to participate in Chase's fraud, and the criminal conduct related thereto, Chase terminated her on November 30, 2009.

## IV.

## WRONGFUL DISCHARGE – *SABINE PILOT* ACTION

21.    Plaintiff incorporates by reference all preceding paragraphs as if fully stated herein.

22.    Plaintiff now sues as a result of Chase's wrongful acts, detailed above.

23.    Plaintiff was an at-will employee for Chase.

24.    Plaintiff refused to perform illegal acts, despite orders and threats by Chase.

25.    Plaintiff was terminated solely because of her refusal to perform illegal acts on behalf of Chase.

## V.

## DAMAGES

26.    As a direct result of Defendant's acts and omissions, Plaintiff suffers damages for which Defendant is liable.

27.    Plaintiff prays that she recover from Defendant actual damages, statutory damages, general damages, special damages, nominal damages, punitive damages, expenses,

costs of court and all other relief, either general or special, at law or in equity, to which she is entitled.

28.    In addition, Plaintiff seeks attorneys' fees, expert witness fees, pre-judgment and post judgment interest, and costs of court as allowed by law.

## VI.

## JURY DEMAND

29.    Plaintiff hereby demands a jury trial on all issues that can be submitted to a jury.

## VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that Defendant be cited to appear and answer, and that upon final hearing of this matter, Plaintiff have judgment against Defendant for the following:

(1)    actual damages;

(2)    attorneys' fees;

(3)    exemplary damages:

(4)    court costs;

(5)    pre-judgment and post-judgment interest;

(6)    such other and further relief in law and in equity as this Court may deem just and proper.

Dated: February 22, 2010

Respectfully submitted,

By:     /s/ John Bruster Loyd

John Bruster "Bruse" Loyd
Texas Bar No. 24009032
S.D. Tex. ID No. 23240
Kathleen A. O'Connor
Texas Bar No. 00793468
S.D. Tex. ID No. 63644
1300 Post Oak, Suite 830
Houston, Texas 77056
Telephone: 713.225.9000
Facsimile:  713.225.6126
bruse@jgl-law.com

ATTORNEYS-IN-CHARGE FOR
LINDA ALMONTE

OF COUNSEL:

JONES, GILLASPIA & LOYD, L.L.P.
1300 Post Oak, Suite 830
Houston, Texas 77056
Telephone: 713.225.9000
Facsimile:  713.225.6126

CERTIFIED MAIL #7160390198463128498

"The State of Texas"                    NO. 2010-CI-02947

2010CI02947 -S00002

LINDA ALMONTE
Plaintiff
vs.                                                     IN THE DISTRICT COURT

JP MORGAN CHASE BANK NA                                 37th  JUDICIAL DISTRICT
Defendant
( Note: Attached Document May Contain Additional Litigants. )   BEXAR COUNTY, TEXAS
                                          **NOTICE**

**Citation** Directed to:  JP MORGAN CHASE BANK NA


BY SERVING ITS REGISTERED AGENT,  CT CORPORATION SYSTEM
                350 N ST PAUL STEET
                DALLAS TX  75201


"You have been sued.  You may employ an attorney.  If you or your attorney do not
file a written answer with the clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you." Said petition
was filed on the 12th day of May          , 2010 .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 14th DAY OF May
A.D., 2010 .

FIRST AMENDED ORIGINAL PETITION



J BRUSE LOYD                                   MARGARET G. MONTEMAYOR
Attorney/PLAINTIFF                             District Clerk of Bexar County, Texas
address                                        Bexar County Courthouse
1300 POST OAK BLVD 830                          San Antonio, Texas 78205
HOUSTON, TX 77056-3043
                                               By: _Tracy N. Lindsey_ Deputy
                                                   TRACY LINDSEY

---

### OFFICER'S RETURN

Came to hand on the 14th day of May          , A.D., 2010  at 9:32 o'clock A .M. and
EXECUTED  (NOT EXECUTED) by CERTIFIED MAIL, on the ____ day of _____, A.D.,
_____, by delivering to _____ a true copy of this
_____citation_____, upon which I endorsed the date of delivery, together
with the accompanying copy of the  FIRST AMENDED ORIGINAL PETITION
_____
_____
_____

Cause of failure to execute this _____ is _____.

MARGARET G. MONTEMAYOR
Clerk of the District Courts of
Bexar County, Texas

By _____ Deputy

2010CI02947 -P00013
Filed
10 May 12 P1:34
Margaret G. Montemay
District Clerk
Bexar District
Accepted by:
Consuelo E. Gomez

**CAUSE NO. 2010-C-I02947**

| | | |
|---|---|---|
| LINDA ALMONTE, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| | § | |
| JP MORGAN CHASE BANK, N.A., | § | |
| | § | |
| *Defendant.* | § | 37th JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Linda Almonte ("Almonte" or "Plaintiff"), complaining of JP Morgan Chase Bank, N.A. ("Chase" or "Defendant"), and would respectfully show the court as follows:

### I.

### PARTIES

1. Plaintiff is an individual, a resident of Bexar County, Texas and citizen of the State of Texas.

2. Defendant JP Morgan Chase Bank, N.A. is a foreign corporation organized and existing in the state of Delaware with its principal place of business at 1111 Polaris Parkway, Columbus, Delaware County, Ohio 43240. Said Defendant may be served through its Texas Registered Agent, C T Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

## II.

## JURISDICTION, VENUE & DISCOVERY

3.     Bexar County, Texas is a proper venue pursuant to § 15.002(a)(1) of the Tex. Civ.

Prac. & Rem. Code. All or a substantial part of the events giving rise to Plaintiff's claims

occurred in Bexar County, Texas.

4.     Plaintiff intends to conduct discovery under Level 2 of Rule 190 of the Texas

Rules of Civil Procedure, specifically Rule 190.3.

## III.

## FACTS

5.     Plaintiff was employed by Defendant in its Credit Card Services division as a

Team Leader within the San Antonio, Texas Collection Litigation Support section.

6.     Plaintiff managed three (3) departments for Chase and had many responsibilities.

7.     In the Summer of 2009, one of her responsibilities became selling a portfolio of,

what Chase was actively and intentionally misrepresenting to the federal government, investors,

auditors and potential buyers to be, approximately twenty-three thousand (23,000) Chase

consumer accounts that had become delinquent, litigated to judgment, and were now ready for

collection - with a purported gross value in excess of two-hundred million dollars

($200,000,000).

8.     In reality, the portfolio was not what Chase was actively representing it to be -

and Chase knew it.

9.     Of the portfolio's approximately twenty-three thousand (23,000) accounts, eleven

thousand, four hundred and seventy-two (11,472) of them were missing adequate documentation of judgment.

10.    Nearly five thousand (5,000) of the accounts originating from the states of California, Florida, Illinois, New York and New Jersey had incorrect balance information, the vast majority being lower than what Chase was representing.

11.    Preceding Chase's efforts to misrepresent the content and value of this particular debt portfolio, Chase had grossly mismanaged its business, leading it to find ways to prop up its earnings.

12.    Plaintiff had witnessed Chase's cutting corners and fudging numbers, but refused to participate in this latest effort by Chase to defraud the federal government, investors, auditors and potential buyers.

13.    Plaintiff expressed her concerns that Chase was intentionally misrepresenting the portfolio.

14.    Plaintiff warned Chase that it was violating federal and state law by attempting to defraud the federal government, investors, auditors and potential buyers.

15.    Plaintiff's manager, Jason Lazinbat ("Lazinbat"), warned her that she had better go along with the plan to sell the misrepresented asset.

16.    Lazinbat directed Plaintiff to forego the formal processes required to validate the portfolio.

17.    Plaintiff elevated her concerns to the next level of Chase management.

18.    Plaintiff made it clear to Chase management that it was violating federal, and

possibly state, law by intentionally misrepresenting material aspects of a $200,000,000 transaction.

19.    Plaintiff made it clear to Chase management that she would not participate in the fraud.

20.    Because Plaintiff refused to participate in Chase's fraud, and the criminal conduct related thereto, Chase terminated her on November 30, 2009.

**IV.**

## **WRONGFUL DISCHARGE – *SABINE PILOT* ACTION**

21.    Plaintiff incorporates by reference all preceding paragraphs as if fully stated herein.

22.    Plaintiff now sues as a result of Chase's wrongful acts, detailed above.

23.    Plaintiff was an at-will employee for Chase.

24.    Plaintiff refused to perform illegal acts, despite orders and threats by Chase. These illegal acts include, but are not necessarily limited to, violations of 18 U.S.C. §1346 (honest services fraud), 18 U.S.C. §1341 (mail fraud), and 18 U.S.C. §1343 (wire fraud).

25.    Plaintiff was terminated solely because of her refusal to perform illegal acts on behalf of Chase.

**V.**

## **DAMAGES**

26.    As a direct result of Defendant's acts and omissions, Plaintiff suffers damages for which Defendant is liable.  The damages sought are within the jurisdictional limits of this court.

27.   Plaintiff prays that she recover from Defendant actual damages, statutory damages, general damages, special damages, nominal damages, punitive damages, expenses, costs of court and all other relief, either general or special, at law or in equity, to which she is entitled.

28.   In addition, Plaintiff seeks attorneys' fees, expert witness fees, pre-judgment and post judgment interest, and costs of court as allowed by law.

## VI.

## JURY DEMAND

29.   Plaintiff hereby demands a jury trial on all issues that can be submitted to a jury.

## VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that Defendant be cited to appear and answer, and that upon final hearing of this matter, Plaintiff have judgment against Defendant for the following:

(1)   actual damages;

(2)   attorneys' fees;

(3)   exemplary damages:

(4)   court costs;

(5)   pre-judgment and post-judgment interest;

(6)   such other and further relief in law and in equity as this Court may deem just and proper.

Dated: May 12, 2010

Respectfully submitted,

By:     /s/ John Bruster Loyd

John Bruster "Bruse" Loyd
Texas Bar No. 24009032
S.D. Tex. ID No. 23240
Kathleen A. O'Connor
Texas Bar No. 00793468
S.D. Tex. ID No. 63644
1300 Post Oak, Suite 830
Houston, Texas 77056
Telephone: 713.225.9000
Facsimile:  713.225.6126
bruse@jgl-law.com

ATTORNEYS FOR PLAINTIFF
LINDA ALMONTE

CERTIFIED MAIL #71603901984631284989

"The State of Texas"          NO.  2010-CI-02947

2010CI02947 -S00002

LINDA ALMONTE
**Plaintiff**
Vs.

JP MORGAN CHASE BANK NA
**Defendant**
( Note: Attached Document May Contain Additional Litigants. )          NOTICE

IN THE DISTRICT COURT

37th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

**Citation** Directed to: JP MORGAN CHASE BANK NA

BY SERVING ITS REGISTERED AGENT,  CT CORPORATION SYSTEM
                                        350 N ST PAUL STEET
                                        DALLAS TX 75201

"You have been sued.  You may employ an attorney.  If you or your  attorney do not
file a written answer  with  the  clerk  who  issued  this  citation  by  10:00 a.m. on the
Monday next  following  the  expiration  of  twenty days after you were  served this
citation and petition, a  default judgment  may  be  taken  against  you." Said petition
was filed on the  12th  day of  May          ,  2010  .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  14th  DAY OF  May
A.D.,  2010  .

FIRST AMENDED ORIGINAL PETITION

J BRUSE LOYD
**Attorney/PLAINTIFF**
**address**
1300 POST OAK BLVD 830
HOUSTON, TX 77056-3043

MARGARET G. MONTEMAYOR
**District Clerk of Bexar County, Texas**
**Bexar County Courthouse**
San Antonio, Texas 78205

By _Tracy N. Lindsey_ Deputy
     TRACY LINDSEY

## OFFICER'S RETURN

Came to hand on the  14th  day  of  May          , A.D.,  2010  at  9:32 o'clock  A .M. and
EXECUTED  (NOT EXECUTED) by CERTIFIED MAIL, on the ___ day of  May    , A.D.,
10 , by delivering to  CT Corporation                    a true copy of this
      citation                    , upon which I endorsed the date of delivery, together
with the accompanying copy of the  FIRST AMENDED ORIGINAL PETITION

Cause of failure to execute this _____ is _____ .

MARGARET G. MONTEMAYOR
Clerk of the District Courts of
Bexar County, Texas

By _Tracy N. Lindsey_ Deputy



FILED
DISTRICT CLERK
BEXAR CO. TEXAS
2010 MAY 21 P 4: 31

BY_____
DEPUTY

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address and ZIP+4 below •

FILED
DISTRICT CLERK
BEXAR CO TEXAS

ZIP 0502

DEPUTY

MARGARET G MONTEMAYOR
BEXAR COUNTY DISTRICT CLERK
BEXAR COUNTY COURTHOUSE
100 DOLOROSA
SAN ANTONIO TX  78205-3002

2. Article Number

7160 3901 9846 3128 4989

3. Service Type    **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

JP MORGAN CHASE BANK NA
C/O CT CORPORATION SYSTEM
350 N ST PAUL STEET
DALLAS, TX  75201

2010C102947  5/14/2010  CITCM  TRACY LINDSEY

PS Form 3811, January 2005

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    MAY 1 4 2010    B. Date of Delivery

C. Signature
X    RECEIVED
     CT CORPORATION    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

Domestic Return Receipt

US Postal Service

**Certified Mail Receipt**

*Domestic Mail Only*
*No Insurance*
*Coverage Provided*

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To:

JP MORGAN CHASE BANK NA
C/O CT CORPORATION SYSTEM
350 N ST PAUL STEET
DALLAS. TX  75201

2010CI02947  5/14/2010  CITCM  TRACY LINDSEY

PS Form 3800, January 2005     US Postal Service     **Certified Mail Receipt**

7009 1680 0001 3128 4589

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece 'Return Receipt Requested'. To receive a fee waiver for a duplicate return receipt, a USPS postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.

PS Form 3800, January 2005 (Reverse)