IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ALMONTE, | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. 5:10-cv-00496-FB |
| JP MORGAN CHASE BANK, N.A. | § | |
| Defendant. | § | |

### DECLARATION OF JASON LAZINBAT

STATE OF TEXAS §
§
COUNTY OF BEXAR §

I declare under penalty of perjury that the following statements are true and correct:

1. My name is Jason Lazinbat. I am of sound mind, capable of making this Declaration, and personally acquainted with the facts herein stated.

2. I am currently employed at Chase as an Operations Manager. As part of my job duties, I have personal knowledge of the facts set forth in this declaration, and would and could competently testify thereto if called upon to do so. I am a Custodian of Records for JP Morgan Chase Bank, N.A.

3. Attached to Defendant's 12(b)(6) Motion to Dismiss is a fully executed Judgments Purchase Agreement dated December 10, 2009. It was the regular practice of the business activity for an employee or representative of Defendant with knowledge of an act, event, condition, or opinion to make the record or to transmit information of the occurrence to be included in the record. The attached record was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, or was made reasonably soon thereafter. The record attached hereto is an exact duplicate of the original.

Under penalty of perjury, I declare the foregoing statements in this Declaration are true and correct.

Executed on September 9th, 2010.

_____
JASON LAZINBAT

9059844v1

EXHIBIT B