# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ALMONTE, | § § § | **CASE NO. 5:10-cv-00496-FB** |
| *Plaintiff*, | § § § § § § § § § | JURY DEMANDED |
| JP MORGAN CHASE BANK, N.A., | § § § § | |
| *Defendants*. | § | |

## ORDER DENYING JP MORGAN CHASE BANK N.A.'S 12(b)(6) MOTION TO DISMISS

Came on for Hearing the 12(b)(6) Motion to Dismiss filed by Defendant JP Morgan Chase Bank N.A., and after considering the Motion and Plaintiff's response thereto, and hearing argument of counsel, if any, the Court is of the opinion the Motion is without merit and it should be in all things DENIED. Accordingly, it is hereby

ORDERED, that JP Morgan Chase Bank N.A. 's Motion to Dismiss is DENIED.

SIGNED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE