**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Total Postage & Fees

Sent To: Kathleen A. O Connor
Street, Apt or PO Box: Attorney at Law
1300 Post Oak, Suite 830
City, State: Houston, TX 77019
SA10CV496 #6 (FB)

7005 1160 0005 0490 6008

PS Form 3800, June 2002 — See for Instructions