**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LINDA ALMONTE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 5:10-cv-00496-FB** |
| | § | |
| **JP MORGAN CHASE BANK, N.A.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ON DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE PRIMOMO'S MEMORANDUM AND RECOMMENDATION

Came on this day for consideration Defendant's Objections to Magistrate Judge Primomo's Memorandum and Recommendation in connection with the above-referenced matter. After due consideration of Defendant's objections and the matters contained therein, this Court is of the opinion that Defendant's objections should be sustained, and that Defendant's Motion to Dismiss should be in all things GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss is in all things GRANTED. Plaintiff Linda Almonte's claims against Defendant are DISMISSED WITH PREJUDICE to the re-prosecution of same.

Signed this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE