IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ALMONTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 5:10-cv-00496-FB |
| | § | |
| JP MORGAN CHASE BANK, N.A. | § | |
| | § | |
| Defendant. | § | |

## JOINT PROPOSED SCHEDULING ORDER

Comes now Linda Almonte, Plaintiff in the above-styled and numbered cause of action, and Chase Bankcard Services, Inc. (improperly named by Plaintiff as JP Morgan Chase Bank, N.A.), Defendant in the above-styled and numbered cause of action, and pursuant to the Order for Scheduling Recommendations issued by this Court, file this their Joint Proposed Scheduling Order and would request that the following deadlines be set for the following actions:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by February 7, 2011.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by March 7, 2011, and each opposing party shall respond, in writing, by March 21, 2011.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by March 7, 2011.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts and proposed exhibits and shall **serve on all parties, but not file,**

**the materials required by Fed. R. Civ. P. 26(a)(2)(B)** by April 7, 2011. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits and **shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B)** by May 13, 2011. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before June 6, 2011. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than July 11, 2011. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

8. This case will not be set for trial until after dispositive motions, if any, have been ruled on. The Court will set a trial date and also set a deadline for the parties to file the matters required to be filed in advance of trial in accordance with Local Rules CV-16(e).

WHEREFORE, PREMISES CONSIDERED, the parties submit this their proposed Joint Agreed Scheduling Order.

Respectfully submitted,

John Bruster "Bruse" Loyd
Kathleen A. O'Connor
1300 Post Oak, Suite 830
Houston, Texas 77056
(713) 225-9000 – Telephone
(713) 225-6126 Facsimile

By: ___/s/ John Bruster Loyd___
    John Bruster Loyd
    Texas Bar No. 24009032
    S.D. Tex. No. 23240
    Kathleen A. O'Connor
    Texas Bar No. 00793468
    S.D. Tex. No. 63644
ATTORNEYS FOR PLAINTIFF


OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
2700 Weston Centre
112 E. Pecan Street
San Antonio, Texas 78205
(210) 354-1300 – Telephone
(210) 277-2702 – Facsimile


By: ___/s/ Lawrence D. Smith___
    LAWRENCE D. SMITH
    State Bar No. 18638800
    ADAM D. BOLAND
    State Bar No. 24045520

ATTORNEYS FOR DEFENDANT
CHASE BANKCARD SERVICES, INC.

9419872.1 (OGLETREE)

3