IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LINDA ALMONTE, §
§
Plaintiff, §
§
VS. § Civil Action No. 5:10-cv-00496-FB
§
JP MORGAN CHASE BANK, N.A. §
§
Defendant. §

FILED
JAN - 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## ORDER WITHDRAWING APPEARANCE

Adam D. Boland, having filed his Motion for Withdrawal of Appearance, and the Court being duly advised, now finds that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the appearance of Adam D. Boland on behalf of Defendant is hereby withdrawn.

DATED: January 6, 2011

_____
UNITED STATES ~~DISTRICT~~ JUDGE

9569995.1