IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ALMONTE, | § § § | **CASE NO. 5:10-cv-00496-FB** |
| *Plaintiff*, | § § § § § § | |
| JP MORGAN CHASE BANK, N.A., | § § § § | |
| *Defendant*. | § | |

### PLAINTIFF'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Comes now Linda Almonte, Plaintiff in the above-styled and numbered civil action, and pursuant to the Court's Scheduling Order issued in this matter and Local Rule CV-88, files this her Report on Alternative Dispute Resolution and would respectfully show unto the Court as follows:

**I.**

Plaintiff and Defendant have discussed possible resolution of this matter since its removal to this court. Plaintiff will provide a written offer of settlement to Defendant by March 7, 2011, as ordered by the Court in its Scheduling Order of January 6, 2011.

**II.**

The party responsible for settlement discussions on behalf of Plaintiff is her Attorney-In-Charge in this civil action, John Bruster Loyd.

**III.**

Plaintiff is open to alternative dispute proceedings at any point in this case. However, Plaintiff feels such proceedings would have a much better chance of success subsequent to considerably more discovery than has been conducted to this point in the proceedings.

**IV.**

Plaintiff's counsel certifies that Plaintiff has been advised of the ADR procedures available in the United States District Court for the Western District of Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully submits this, her Report on Alternative Dispute Resolution in accordance with the Scheduling Order and Local Rule CV-88.

Respectfully submitted,

JONES, GILLASPIA & LOYD, L.L.P.

By:  /s/ John Bruster Loyd
John Bruster Loyd
SBN 24009032
Federal ID No. 23240
1300 Post Oak, Suite 830
Houston, Texas 77056
Telephone    (713) 225-9000
Facsimile     (713) 225-6126
bruse@jgl-law.com

ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7th day of February 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, in accordance with the Federal Rules of Civil Procedure.

        /s/ John Bruster Loyd

        JOHN BRUSTER LOYD