IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA ALMONTE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:10-cv-00496-FB |
| § | |
| JP MORGAN CHASE BANK, N.A. § | |
| § | |
| Defendant. § | |

## DEFENDANT'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION

NOW COMES Chase BankCard Services, Inc., improperly named by Plaintiff as JP Morgan Chase Bank, N.A., Defendant in the above-styled and numbered cause and pursuant to the Scheduling Order of January 6, 2011 and Local Rule CV-88, respectfully submits this Report on Alternative Dispute Resolution:

### I.

The parties have not engaged in any settlement negotiations to date. Pursuant to the Scheduling Order, Plaintiff is to provide Defendant a written offer of settlement on or before March 7, 2011.

### II.

Defendant's counsel of record is responsible for settlement negotiations.

### III.

At this time, Defendant does not believe that any alternative dispute resolution procedures are appropriate.

### IV.

Defendant's counsel certifies that Defendant has been advised of the ADR procedures available in the United States District Court for the Western District of Texas.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
2700 Weston Centre
112 E. Pecan Street
San Antonio, Texas 78205
(210) 354-1300 – Telephone
(210) 277-2702 – Facsimile


By: /s/Lawrence D. Smith
 LAWRENCE D. SMITH
 State Bar No. 18638800
 J. ROBERT WHITE
 State Bar No. 24048879

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. John Bruster "Bruse" Loyd
Kathleen A. O'Connor
1300 Post Oak, Suite 830
Houston, Texas 77056

                                        /s/Lawrence D. Smith
                                        LAWRENCE D. SMITH

9757970