# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ALMONTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 05-cv-00496-FB-JWP |
| | § | |
| CHASE BANKCARD SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, Linda Almonte and Chase Bankcard Services, Inc., hereby stipulate to the dismissal of all claims in the above-captioned civil action, with prejudice to the refiling of same. The parties further stipulate that the parties shall bear their own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| JONES, GILLASPIA & LOYD, LLP | BAKER BOTTS, L.L.P. |
| John Bruster "Bruse" Loyd<br>Attorney-in-Charge<br>State Bar No. 24009032<br>Kathleen A. O'Connor<br>State Bar No. 00793468<br>1300 Post Oak, Suite 830<br>Houston, Texas 77056<br>Phone:  713.225-9000<br>Fax:  713.225.6126<br>bruse@jgl-law.com | Dennis P. Duffy<br>Attorney-in-Charge<br>State Bar No. 06168900<br>James E. Maloney<br>State Bar No. 12881500<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas  77002<br>Phone: 713-229-1234<br>Fax:    713-229-1522 |
| LOYA & ASSOCIATES<br>Raul H. Loya<br>State Bar No. 00791142<br>10830 N. Central Expressway<br>Suite 200<br>Dallas, Texas 75219<br>Phone:  214.521.8766<br>Fax:  214.521.8820<br>rloya@loyalaw.com | ATTORNEYS FOR DEFENDANT CHASE<br>BANKCARD SERVICES, INC. |
| ATTORNEYS FOR PLAINTIFF<br>LINDA ALMONTE | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Western District of Texas on the 4th day of April, 2011, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

/s/ Dennis P. Duffy
Dennis P. Duffy