## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ALMONTE, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Cause No.: 05-cv-00496-FB-JWP |
| CHASE BANKCARD SERVICES, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, now enters FINAL JUDGMENT in this case. It is hereby ORDERED, ADJUDGED, AND DECREED that:

1. all claims asserted in the above-captioned action are dismissed with prejudice; and

2. each party shall bear hers or its own costs and attorneys' fees.

SO ORDERED this _____ day of _____ 2011.

_____
UNITED STATES DISTRICT COURT

HOU02:1223789.7

**AGREED TO FORM AND SUBSTANCE:**

| JONES, GILLASPIA & LOYD, LLP | BAKER BOTTS, L.L.P. |
|---|---|
| */s/ John Bruster Loyd* | */s/ Dennis P. Duffy* |
| John Bruster "Bruse" Loyd | Dennis P. Duffy |
| Attorney-in-Charge | Attorney-in-Charge |
| State Bar No. 24009032 | State Bar No. 06168900 |
| Kathleen A. O'Connor | James E. Maloney |
| State Bar No. 00793468 | State Bar No. 12881500 |
| 1300 Post Oak, Suite 830 | One Shell Plaza |
| Houston, Texas 77056 | 910 Louisiana Street |
| Phone: 713.225-9000 | Houston, Texas 77002 |
| Fax: 713.225.6126 | Phone: 713-229-1234 |
| bruse@jgl-law.com | Fax: 713-229-1522 |
| | |
| LOYA & ASSOCIATES | ATTORNEYS FOR DEFENDANT CHASE BANKCARD SERVICES, INC. |
| Raul H. Loya | |
| State Bar No. 00791142 | |
| 10830 N. Central Expressway | |
| Suite 200 | |
| Dallas, Texas 75219 | |
| Phone: 214.521.8766 | |
| Fax: 214.521.8820 | |
| rloya@loyalaw.com | |
| | |
| ATTORNEYS FOR PLAINTIFF LINDA ALMONTE | |