UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate if case settles before ADR *or* within 10 days after completion of ADR.)

LINDA ALMONTE
    Plaintiff

V.

JP MORGAN CHASE BANK, N.A.
    Defendant

DIVISION  SAN ANTONIO
CIVIL ACTION NO. 5:10-CV-00496-FB-JWP

**FILED**
APR - 8 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

ADR METHOD:   Mediation   X      Arbitration   ____
                Mini-Trial   ____   Summary Jury Trial ____

TYPE OF CASE: PATENT

1. Please check one of the following:
   The case referred to ADR did settle   X
   The case referred to ADR did not settle ___
2. My total fee and expenses were: $ 3,600.00
   **(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)**

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:
   **Attorneys for Plaintiff**

   John Bruster "Bruse" Loyd
   Kathleen A. O'Connor
   1300 Post Oak, Suite 830
   Houston, Texas 77056
   Ph: 713-225-9000

   **Attorney for Defendant**

   Dennis P. Duffy
   One Shell Plaza
   910 Louisiana Street
   Houston, Texas 77002
   Ph: 713-229-1234

   **ADR PROVIDER NO. 360**
   Date: April 4, 2011
   Name: SUSAN S. SOUSSAN
   Signature: _____